**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**VIANNEY JEAN MARIE UWIZEYE** — **CASE NO. 3:26-CV-03915 SEC P**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**TIM WYATT ET AL** — **MAGISTRATE JUDGE LEBLANC**

# ORDER

On October 13, 2026, Petitioner filed a Second Motion for Temporary Restraining Order, Motion for Preliminary Injunction [ECF No. 11]. On that same day, a Notice of Deficiency was issue to counsel for Petitioner noting several deficiencies with the filing. As of this date, no attempt has been made to cure those deficiencies. Accordingly,

IT IS ORDERED THAT the Second Motion for Temporary Restraining Order, Motion for Preliminary Injunction [ECF No. 11] is DENIED.

THUS DONE in Chambers on this 6th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE